No. 40516.—Protest 938828–G of Haruta & Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of antimony scotty paper weights in chief value of metal plated with silver and chiefly used in the household for utilitarian purposes.   The claim at 50 percent under paragraph 339 was therefore sustained.   *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.

No. 40517.—Protests 919636–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 24, 1939

No. 40518.—Protests 915292–G (C), etc., of Essex Distributing Corp. (New York).

Opinion by CLINE, J.   No evidence was offered in support of the claims made. The protests were therefore overruled.

No. 40519.—Protest 924880–G of Brazilian Importing Co., Inc. (New York).

Opinion by CLINE, J.   It appeared that the nuts were contained in old gasoline tins, packed two tins to a wooden case.   The wooden cases were marked "Product of Brazil" but there was no marking on the tins to indicate the country of origin of the nuts.   On the authority of *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) and Abstracts 34966 and 39517 it was held that the tin cans are the immediate containers of the nuts.   As they were not marked the protest was overruled.

No. 40520.—Protest 876569–G of T. M. Duche & Sons, Inc. (New York).

Opinion by CLINE, J.   The record showed that gum locust bean powder was contained in linen bags, two bags being packed in a wooden case marked "Product of Spain," no marking appearing on the bags.   The importer sells the merchandise in this country by the case or some times it is emptied into kegs and sold that way.   *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) was held not to apply.   On the authority of *United States* v. *Monteverde* (C. A. D. 2), Abstract 39517, and *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) the protest was overruled.

BEFORE THE FIRST DIVISION, JANUARY 25, 1939

No. 40521.—Protest 965039–G of Ozalid Corporation (New York).